IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IVY JO ETHEL MOOREFIELD,

    Plaintiff,

v.      Civil Action No. 3:18CV691

SGT SIMPSON, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on October 26, 2018, the Court conditionally docketed the action. At that time, the Court directed Ivy Jo Ethel Moorefield to affirm her intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Moorefield that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Moorefield has not complied with the order of this Court. Moorefield failed to return the consent to collection of fees form. As a result, she does not qualify for in forma pauperis status. Furthermore, she has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Moorefield.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: January 11, 2019
Richmond, Virginia